IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BRUNNER | ) Case No. 4:23-cv-2180 |
| Plaintiff, | ) Judge Pearson |
| v. | ) |
| FRANK LAROSE, et al. | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Brunner hereby voluntarily dismisses this action, without prejudice, as to Defendant David Yost only. This action remains pending as to Defendants Frank LaRose, the Office of Disciplinary Counsel, and the Board of Professional Conduct.

Respectfully Submitted,

/s/ Patrick M. Quinn
Rick L. Brunner          (0012998)
Patrick M. Quinn         (0081692)
BRUNNER QUINN
5001 Horizons Drive, Suite 209
Columbus, Ohio 43220
Tel:   (614) 241-5550
Fax:   (614) 241-5551
Email: rlb@brunnerlaw.com
       pmq@brunnerlaw.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of November, 2023, a true and accurate copy of the foregoing document was filed with the Clerk of Courts' ECF system, which will send notice to all parties and counsel of record.

                                  /s/ Patrick M. Quinn
                                Patrick M. Quinn     (0081692)