PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JENNIFER BRUNNER, | ) |
| | ) CASE NO. 4:23-CV-2180 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| FRANK LAROSE, *et al.*, | ) |
| | ) **ORDER** |
| Defendants. | ) [Regarding ECF No. 7] |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 7). Plaintiff seeks to dismiss all claims against Defendant David Yost without prejudice. Accordingly, the above-captioned action is dismissed without prejudice as to Defendant David Yost.

IT IS SO ORDERED.

| | |
|---|---|
| December 1, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |