IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BRUNNER, | Case No. 4:23-cv-2180 |
| Plaintiff, | Judge Pearson |
| v. | |
| FRANK LAROSE, et al. | |
| Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME [DE 14]

This matter comes before the Court on the unopposed motion [DE14] of Plaintiff for an extension of time in which to file her opposition to Defendants' motion to dismiss. For good cause shown therein, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED, and it is further **ORDERED** that Plaintiff may file her opposition to Defendants' motion to dismiss [DE12] on or before February 16, 2024.

IT IS SO ORDERED

Date

Judge Benita Y. Pearson