PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JENNIFER BRUNNER, ) | |
| ) | CASE NO. 4:23-CV-2180 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| FRANK LaROSE, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

The Court, hereby, orders Plaintiff's counsel to file Plaintiff's First Amended Complaint on the docket today. Defendants will have 21 days, until September 9, 2024, to file a responsive pleading.

IT IS SO ORDERED.

| | |
|---|---|
| August 19, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |