IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNNER, | ) | Case Number: 4:23-cv-2180 |
| | ) | |
| Plaintiff | ) | Judge Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 1

Case: 4:23-cv-02180-BYP Doc #: 30-1 Filed: 10/19/23 1 of 1. PageID #: 391
Case: 4:23-cv-02180-BYP Doc #: 31-1 Filed: 08/24/23 2 of 37. PageID #: 397

Exhibit 1

Form No. 2-D Prescribed by the Ohio Secretary of State (09-17)

# Declaration of Candidacy
## Party Primary Election
### For Chief Justice and Justice of the Ohio Supreme Court

To be filed with the Secretary of State not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jennifer L. Brunner**, the undersigned, hereby declare under penalty of election falsification that my voting residence address is **1265 Slade Avenue**, **Columbus**, Ohio **43235**, and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of **Chief Justice, Ohio Supreme Court** as a member of the **Democratic** Party for the: [X] full term commencing **January 1, 2023** or [ ] unexpired term ending _____, at the primary election to be held on the **3** day of **May**, **2022**.

Dated this **29** day of **September**, **2021**. *[Signature]* Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Democratic** Party, hereby certify that **Jennifer L. Brunner**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

**Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.**

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, _____, declare under penalty of election falsification that I reside at the address
    Printed Name of Circulator

appearing below my signature; that I am a member of the _____ Party; that I am the circulator
                                                            Political Party

of the foregoing petition containing _____ signatures; that I witnessed the affixing of every signature;
                                          Number

that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

_____
**Signature of Circulator**

_____
**Permanent Residence Address**

_____  _____  _____
City or Village                  State      Zip Code