IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNNER, | ) | Case Number: 4:23-cv-2180 |
| | ) | |
| Plaintiff | ) | Judge Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 2

Exhibit 4

**Map of Jennifer Brunner's 2020 for Justice of Supreme Court of Ohio Win by County**

(Blue = win, Red = lost, Gray = win by 7 votes after official certification)



Data from 88 county election boards, and Shapefiles from Census Bureau.