PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNNER | ) | |
| | ) | CASE NO. 4:23-CV-2180 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FRANK LAROSE, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 33] |

Pending before the Court is Plaintiff Jennifer Brunner's Unopposed Motion of Plaintiff For An Extension of Time (ECF No. 33). For the reasons set forth below, the Court grants Plaintiff's motion.

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff requests a seven-day extension to file the memorandum opposing judgment on the pleadings. (ECF No. 33). Plaintiff suggests that her familial obligations, the need for additional time to review defendants' dispositive motion, and the early stage of the case constitute good cause for an extension. ECF No. 33 at PageID #: 435-36. The Court finds that such circumstances establish good cause for the extension. For this reason, the Court grants Plaintiff's motion.

Accordingly, Plaintiff shall respond to Defendants' motion for judgment on the pleadings on or before November 4, 2024.

IT IS SO ORDERED.

October 30, 2024                     */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                                        United States District Judge