# EXHIBIT 2- DECLARATION OF ELIZABETH SMITH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER BRUNNER,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | **Case No. 4:23-CV-2180** |
| **v.** | : | |
| | : | **JUDGE BENITA Y. PEARSON** |
| **FRANK LAROSE, et al.,** | : | |
| | : | |
| *Defendants,* | : | |

---

## DECLARATION OF ELIZABETH SMITH

---

I, Elizabeth Smith, hereby state that I am over the age of eighteen years and am competent to testify to the following on the basis of personal, firsthand knowledge.

1. I currently serve as the appointed Director of the Board of Professional Conduct. I have held this position since June 2025.

2. In my capacity as Director, I am familiar with Ohio's lawyer disciplinary process, the rules of conduct for lawyers and judges, and the disciplinary procedural rules governing both the bar and judiciary. This includes Ohio's Rules of Professional Conduct, the Rules for the Government of the Bar, the Code of Judicial Conduct, and the Rules for the Government of the Judiciary.

3. Because the Director of the Board of Professional Conduct serves as the clerk for disciplinary proceedings alleging violations of Canon 4 of the Code of Judicial Conduct by candidates for Supreme Court justice, I am aware of all such proceedings. Because grievances alleging violations of Canon 4 of the Code of Judicial Conduct against any other type of judicial candidates are filed with the Board of Professional Conduct, I am aware of all such proceedings.

4. Grievances alleging violations of Canon 4 of the Code of Judicial Conduct by judicial candidates remain private until a probable cause panel determines that probable cause supports the grievance. Gov. Jud. R. II(7)(A).

5. Since the 2026 amendments to the Code of Judicial Conduct and Rules for the Government of the Judiciary, there have been no probable cause determinations that any judicial candidate has violated Rule 4.1(A)(6).

6.   Even before the rule amendments, I am not aware of any probable cause determination that any judicial candidate has violated Rule 4.1(A)(6) based on my review of the Board's docket.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

_____
NAME

April 29, 2026