**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JENNIFER BRUNNER,

    *Plaintiff,*

    v.

FRANK LAROSE, et al.,

    *Defendants,*

:
:
:
:
:
:
:
:
:
:
:

**Case No. 4:23-CV-2180**

**JUDGE BENITA Y. PEARSON**

---

## DECLARATION OF JUDGE MARK HANNI

---

I, Judge Mark Hanni, hereby state that I am over the age of eighteen years and am competent to testify to the following on the basis of personal, firsthand knowledge.

1. I currently serve as a judge on the Seventh District Court of Appeals. I am also a candidate for the Republican Party's nomination to the Seventh District Court of Appeals at the May 2026 primary election. I timely filed a declaration of candidacy seeking the Republican Party's nomination. If I win the primary election, I will appear on the November 2026 general election ballot.

2. Under S.B. 80, if I win my primary election, I will appear on the November 2026 general election ballot with my party designation. This is important to me. A candidate's political identity is information voters routinely consider. I sought the nomination of the Republican Party because I share the values of that party, and I want voters to know that I share the values of the Republican Party. Removing my party designation from the ballot reduces the information that voters will have about me. Further, removing my party designation from the ballot will not protect speech; it reduces it.

3. When I filed my declaration of candidacy to seek the Republican Party's nomination to the Seventh District Court of Appeals, I did so, in part, in reliance on S.B. 80 and on the fact that I would appear on the general election ballot as a Republican.

I declare under the penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

_____
Judge Mark Hanni
April 29, 2026