**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER BRUNNER,      ) | Case No. 4:23-cv-2180 |
| ) | |
| Plaintiff,      ) | Judge Pearson |
| ) | |
| v.      ) | |
| ) | |
| FRANK LAROSE, et al.      ) | |
| ) | |
| Defendants.      ) | |

## UNOPPOSED MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME

Plaintiff Jennifer Brunner moves this Court for an order pursuant to Fed. R. Civ. P. 6(b)(1) granting her an extension of time in which to file her memorandum in opposition to the Defendants' motion for summary judgment [DE 48]. Plaintiff seeks an extension of seven (7) days in which to file the memorandum opposing summary judgment, such that the memorandum be due on or before June 8, 2026.

Counsel for the Defendants have indicated that this motion is not opposed.

Under Rule 6, a court may extend the time in which an act must be done "for good cause." Fed. R. Civ. P. 6(b)(1)(A). Plaintiff respectfully suggests that good cause for a brief extension exists here. The undersigned counsel is in the process of transitioning to a new law firm, and the associated professional and personal obligations associated with that have resulted in the completion of opposition papers being unavoidably delayed. Further, the summary judgment motion filed by Defendants raises and addresses several complicated and weighty issues of constitutional law, such that we respectfully suggest a brief extension is warranted. Further, an extension here will promote the resolution of this matter on the merits and in a "just" manner. *See* Fed. R. Civ. P. 1.

Finally, insofar as Defendants do not oppose this motion, there will be no prejudice to them arising from a brief extension.

For these reasons, Plaintiff therefore respectfully requests that this Court enter an order pursuant to Fed. R. Civ. P. 6 granting her an extension until on or before June 8, 2026, in which to file her memorandum in opposition to the Defendants' motion for summary judgment, and further extending the deadline for the Defendants to file a reply in support by one week, to June 22. For the Court's convenience, a proposed order is attached hereto.

Respectfully Submitted

_____/s/ Patrick M. Quinn_____
Patrick M. Quinn          (0081692)
BRUNNER QUINN
5001 Horizons Drive, Suite 209
Columbus, Ohio 43220
Tel:    (614) 241-5550
Fax:    (614) 241-5551
Email: rlb@brunnerlaw.com
        pmq@brunnerlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of June, 2026, a true and accurate copy of the foregoing document was filed with the Clerk of Courts' ECF system, which will send notice to all parties and counsel of record.

_____/s/ Patrick M. Quinn_____
Patrick M. Quinn          (0081692)

2