**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER BRUNNER, | ) | Case No. 4:23-cv-2180 |
| | ) | |
| Plaintiff, | ) | Judge Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF FOR AN EXTENSION
OF TIME [DE 49]**

This matter comes before the Court on the unopposed motion [DE49] of Plaintiff for an extension of time in which to file her memorandum in opposition to Defendants' motion for summary judgment. For good cause shown therein, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED, and it is further **ORDERED** that Plaintiff may file her memorandum in opposition to Defendants' motion for summary judgment [DE48] on or before June 8, 2026, and that Defendants' reply be filed on or before June 15, 2026.

IT IS SO ORDERED

_____
Date

_____
Judge Benita Y. Pearson