PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BRUNNER, | ) | |
| | ) | CASE NO. 4:23-cv-2180 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FRANK LAROSE, *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Having contemporaneously filed its Memorandum of Opinion and Order granting Defendants' Motion for Summary Judgment (ECF No. 48), the Court enters judgment in favor of all Defendants.

This Judgment Entry constitutes entry of judgement pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

October 14, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge